In the Matter of Madison Avenue Offices, Inc., Petitioner, against Rollin Browne et al., Constituting the State Tax Commission, Respondents.— The same questions are presented in this proceeding as in *Matter of MacDonald* v. *Browne* (*ante,* p. 939, decided herewith). Determination of the State Tax Commission confirmed, with fifty dollars costs and disbursements. All concur.

William H. Rush, as Administrator of the Estate of Selma Rush, Deceased, Respondent, v. Joseph W. White, Appellant.— Appeal from a judgment of the Supreme Court, Albany County, (Murray, J.), in favor of plaintiff, entered May 8, 1944, upon jury verdicts aggregating $5,000, and from an order denying defendant's motion to set them aside and for a new trial. There was ample evidence to support the jury's finding that defendant's negligent operation of his automobile produced the fatal injuries, and, on the question of contributory negligence of deceased, that it did not bear out defendant's burden of proof. It cannot here be said that the amount of damages awarded was excessive. The judgment should be affirmed. Judgment and order appealed from affirmed, with costs to the respondent. All concur.

The People of the State of New York ex rel. Carmine Galante, Appellant, against J. Vernal Jackson, as Warden of Clinton Prison, Respondent.— Appeal from an order of the County Court of Clinton County at a Special Term dismissing a writ of habeas corpus. There is nothing in the record or otherwise to justify a presumption that relator's sentence for petit larceny and his sentence for assault, second degree, should have been served concurrently. Relator's other claim that time spent on parole, after his first release on parole, should have been deducted from the remainder of the maximum sentence he was required to serve is not sustained by statutory authority. (*People ex rel. Dayes* v. *Morhous,* 267 App. Div. 851.) Order of dismissal affirmed, without costs. All concur.